JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
McNeill, William and McNeill, Lisa

## DEFENDANTS
Loewen, Willie and Loewen Eva

**(b)** County of Residence of First Listed Plaintiff: Bennett County, South
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Cotton, Bledsoe, Tighe & Dawson, P.C.
500 W. Illinois, Suite 300
Midland, TX 79701

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [x] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [x] 2 | [x] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | **LABOR** | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [x] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** / [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) / [ ] 850 Securities/Commodities/Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) / [ ] 890 Other Statutory Actions |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI / [ ] 891 Agricultural Acts |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 865 RSI (405(g)) / [ ] 893 Environmental Matters |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | **IMMIGRATION** | [ ] 950 Constitutionality of State Statutes |
| | | [ ] 550 Civil Rights | [ ] 462 Naturalization Application | |
| | | [ ] 555 Prison Condition | [ ] 465 Other Immigration Actions | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
1332(a)(1)

Brief description of cause:
Breach of Contract

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $: 1,500,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 1/10/2024

SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| WILLIAM MCNEILL AND LISA MCNEILL<br><br>Plaintiffs,<br><br>v.<br><br>WILLIE LOEWEN AND EVA LOEWEN<br><br>Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO: _____ |

**PLAINTIFF'S ORIGINAL COMPLAINT**

**TO THE HONORABLE DISTRICT JUDGE:**

**COME NOW**, WILLIAM MCNEILL AND LISA MCNEILL, Plaintiffs, and files this, their Original Complaint against Defendants, WILLIE LOEWEN AND EVA LOEWEN, and respectfully shows the Court as follows:

## I.
## PARTIES

1. Plaintiffs WILLIAM MCNEILL AND LISA MCNEILL ("the McNeills" or "Plaintiffs"), are individuals and residents of South Dakota.

2. Defendants WILLIE LOEWEN AND EVA LOEWEN ("the Loewens" or "Defendants"), are residents of the State of Texas transacting business in New Mexico. They may be served at 112 CR 319, Seminole, TX 79360 or wherever they may be found.

## II.
## JURISDICTION AND VENUE

3. Jurisdiction is proper because of diversity of citizenship pursuant to 28 U.S.C. § 1332 (a)(1). The amount in controversy exceeds $75,000.00. There is complete diversity of citizenship between the parties as Plaintiffs and Defendants are domiciled in different states.

1

4. Venue is proper in this district because it is the judicial district in which a substantial part of events or omissions giving rise to the claim occurred, and a substantial part of the property that is the subject of the action is situated. 28 U.S. § 1391(b)(2).

## III.
## FACTUAL BACKGROUND OF CLAIMS

5. The McNeills entered into a contractual relationship with the Loewens to sell them the McNeill Farm (described in Exhibit A to the New Mexico Ranch Purchase Agreement). In the New Mexico Ranch Purchase Agreement (the "Contract"), which is attached as Exhibit 1, the Loewens agreed to provide money, as well as an agreement for the McNeills the right to graze livestock, at no charge to the McNeills, on up to three irrigated circles of wheat owned by the Loewens, or any entity thereof, for five years during the months November 1 to April 15.

6. The Lowens accepted the McNeill Farm and became bound to pay the McNeills and allow them to graze livestock on up to three irrigated circles of wheat for five years from November 1 to April 15, which was to begin in 2022. However, the Loewens have not allowed the McNeills to graze livestock on any of the irrigated crop circles on any of the properties the last two years and, upon information and belief, will refuse to allow in the future.

7. Despite the Loewen's acceptance of the McNeill farm, a portion of the debt remains unpaid, namely the right to graze livestock. The McNeills seek recovery of the debt still owed.

## IV.
## BREACH OF CONTRACT

8. Plaintiffs incorporate by reference the allegations contained in the preceding paragraphs.

9. There exists a valid, enforceable contract between Plaintiffs and Defendants.

10. Plaintiffs are the proper parties to sue for breach of contract because they are parties to the contract.

11. Plaintiffs performed their contractual obligations by providing the McNeill Farm.

12. Defendants breached the contract by failing to pay the entire amount owed for the the McNeill Farm, namely the right to graze livestock on three irrigated crop circles and will likely refuse in the future.

13. As a result of Defendants' breach, Plaintiffs have suffered monetary damages and will continue to suffer monetary damages in the future as there are still three years of grazing rights remaining under the contract, as well as expenses, attorneys' fees, and pre- and post-judgment interest as allowed by law under the Contract.

## V.
## QUANTUM MERUIT

14. Plaintiffs incorporate by reference the allegations contained in the preceding paragraphs.

15. In the alternative, Plaintiffs seek recovery in *quantum meruit* of the reasonable value of the right to graze livestock on three irrigated crop circles.

16. Plaintiffs provided the McNeill Farm to Defendants.

17. Defendants accepted the McNeill Farm and the benefits of the McNeill Farm. The McNeill Farm was accepted under the circumstances that they were to pay a monetary sum as well as give the McNeills the right to graze livestock on three irrigated crop circles for five years.

18. Defendants have been unjustly enriched by their acceptance of the McNeill Farm without full payment to Plaintiffs.

3

## VI.
## ATTORNEY'S FEES

19. Plaintiffs incorporate by reference the allegations contained in the preceding paragraphs.

20. By reason of Defendants failure and continual refusal to allow Plaintiffs to graze livestock on three irrigated crop circles, Plaintiffs have been forced to employ the services of Cotton, Bledsoe, Tighe & Dawson, P.C. to represent them in the present lawsuit. In exchange for its services, Plaintiffs have agreed to pay their counsel reasonable attorneys' fees for the prosecution of this action through trial and any necessary appeals. Plaintiffs are therefore entitled to recover their reasonable attorneys' fees incurred in this matter.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, WILLIAM MCNEILL AND LISA MCNEILL, pray that Defendants WILLIE LOEWEN AND EVA LOEWEN, be cited to appear and answer, and that on final trial the Court award Plaintiffs judgment against the Defendants as follows:

(a)  actual damages for being deprived of the right to graze cattle for the five years allowed under the contract;

(b)  pre and post-judgment interest as allowed by law;

(c)  reasonable and necessary attorneys' fees;

(d)  court costs; and

(e)  such other and further general relief to which Plaintiffs may be justly entitled.

Respectfully submitted:

By: _____
**Jared M. Moore**
jmoore@cbtd.com
**Cassie J. Bible**
cbible@cbtd.com

4

OF

COTTON, BLEDSOE, TIGHE &
DAWSON, P.C.
P.O. Box 2776
Midland, Texas 79702-2776
(432) 684-5782
(432) 684-3137 (Fax)

**ATTORNEYS FOR PLAINTIFFS**